1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  WAYNE BROOKS, et al.,                          CASE NO. CV F 09-1187 LJO GSA

12                    Plaintiff,                   **ORDER TO DISMISS AND TO CLOSE
                                                   ACTION**
13          vs.                                    (Doc. 6.)

14  AAA CREDIT SERVICE COLLECTION
    AGENCY, INC.,
15
                      Defendant.
16  _____/

17          Based on plaintiffs' notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

18          1.      DISMISSES this action without prejudice;

19          2.      VACATES all pending matters, including the November 5, 2009 scheduling conference;

20                  and

21          3.      DIRECTS the clerk to close this action.

22                  IT IS SO ORDERED.

23  **Dated:    October 21, 2009**                 **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE
24

25

26

27

28

                                                   1